1  Name: BRENDA MOORE
2  Address: 5126 WHITMAN WAY APT 103, CARLSBAD, CA 92008
3  Telephone Phone:
4  Email:

FILED
Jul 18 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ SusanNyamanjiva  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BRENDA MOORE,

Plaintiff(s),

v.

CONSERVICE, LLC.,

Defendant(s).

Case No.: '23CV1327 LL   DDL
(assigned at time of filing)

**COMPLAINT**

I.  **RELATED CASES**

   a.  Do you have other Civil Case(s) in this or any other federal court?
       ☐ Yes   ☒ No
   b.  If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

1  Conservice, LLC ("Conservice") for years have executed a scheme
2  designed to unjustly enrich itself at the expense of individ-
3  uals that rent residential buildings throughout the United States.
4  Conservice is a third-party service provider contracted by
5  a building's owner or agent to prepare monthly billing statements
6  for various services provided at that building for the building's
7  tenants and owners. For example, Conservice provides utility
8  billing services, which includes utility and ancillary billing,
9  metering equipment installation and maintenance, and Conservation
10 Product and services. Conservice is paid by the building's owner
11 or agent for all of the services it provides the building. However,
12 in addition to receiving payment from the building it provides
13 its services to, Conservice also charges the tenant an additional
14 monthly "Service Fee of $4.65 simply for providing plaintiff/
15 Tenant with plaintiff(s) monthly utility billing statement,
16 Which they "never" have also another monthly charge of
17 $35.00 for a service Vacate fee with a total of over $350.00,
18 plus a total of over $45.00 at $4.65 Cents monthly. Conservice
19 unjustly enriches itself by including a "Service Fee" an "Service
20 Vacate Fee" on each and every monthly billing statement
21 it should have been sending to plaintiff/Tenant but were not
22 sending for payments I did not consent for, or Contract
23 Conservice knew I was living here, when they sent their works
24 out twice in one day installing their meter that does not
25 work right. This practice of double-dipping which Con-
26 Service engages in nationwide, costs millions of dollars
27 annually, which Conservice unjustly and illegally keeps for
28 itself. Conservice, LLC. which it calls itself a utility Manage-

2

ment provider, is supposed to bill individual tenants at apartment complexes at a fair rate, such as plaintiff for their share of utility bills for things like water, Trash, Sewage other utilities. But plaintiff alleges that Conservice does not follow California laws for this Pro-rata or any billing, also not sending out true, fair statement or any statements, also plaintiff allege that Conservice add upcharges and does not allow individuals tenants such as plaintiff the rights of review of the master bills or know the formules used to calculate the individual bills. The four Classes defined for this action are (1) Water Service Class, (2) Trash Service Class (3) Sewer Service Class (4) ~~Gas~~ Electric Service Class. Plaintiff is a resident of PACIFIC VIEW APARTMENTS and was to have been invoiced also plaintiff(s) complaint alleges " equity affords plaintiff the right to view pacific view Apartments invoices, and the exact formules used to calculate plaintiff(s) billed Pro-rata Share" Authority Service Provider issues bills that are supposed to be based on the number of occupants and the units square footage, clearly that is not taken place in this situation. As stated Conservice and management that hired them have refused to provide the records. Plaintiff lives in a very small one-bedroom, with a very large Townhouse above unit 203 with four People they wash everyday all, all night when home the managers were informed by Plaintiff but it was dismissed I have a very small Fixed-Income cannot pay other tenants misuse of water, or managements, or any other utilities of others Defendants Improper Billing; Incorrect Calculations of Balance Owed Over-Charging; Omitting withholding info; Unfair Services; Unfair Pricing.

2

III.  **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)* WHEREFORE, Plaintiff ask (1). For an equitable accounting requiring provision of all underlying invoices and exact calculations used to assess charges against Plaintiff (2) For actual damages sustained by plaintiff including but not limited to, any amount paid to Defendant over and above the pro rata share of exact charges for utilities as provided in the Civil Code and Public Utilities Code.(3) For restitution for violations of Business and Professions Code §§ 17200 et seq.(4) For Pre-Judment Interest (5) For attorney fees and expenses recoverable under the law including Pursuant to Code of Civil Procedure Section 1021.5; (6) For cost of administration expenses (7) For injunction relief against Defendant Conduct, including an injunction requiring Defendant to issue master-metered water bills as required by Civil Code §§ 1954, 209 within the time prescribed by law (8) Require Defendant to issue, disclose the exact calculations used to determine pro-rata shares of utilities charges as required by Civil Code and Public Utilities Code.(9) Require Defendant to issue any utility or other related invoices and exact calculations utilized upon by Plaintiff a California Consumer who is subjected to their billing practices (10) To declare all alleged outstanding balances owed by plaintiff that cannot be substained by invoices or by verifiable, calculation invalid and Prohibit collection there upon (11) For declaratory relief, declaring that Plaintiff is entitled to the underlying invoices requested and the exact calculation that was used by Defendant to invoice California (12) For all app-

3

ropriate declaratory and equitable relief (13) Declare that the Conservice improperly collects and retains the "Service Fee", and that it has unjustly enriched by improperly retaining the "Service Fee" that it has charged the Plaintiff for providing, or in Plaintiff(s) action that is before this Court of not providing Plaintiff with utility bills which was also known by the Pacific View Managers STEVEN QUICK, JULIA the assistant manager of the violation but did nothing in Correcting it. (14) For the return of Plaintiff(s) Credit of $800.00 dollars that was removed from Plaintiff(s) rent account without Plaintiff consent for the payment of over-charged false utilities, plus pay unlawfully of tenants in Unit 203 utilities who has been abusing the water, harassing Plaintiff by daily washing the entire day, also known by the managers they have encouraged the act as they themselves have continued actively harassing Plaintiff because of Plaintiff(s) race, disability trying to force Plaintiff to move, or be evicted. (15) Award Plaintiff Compensatory damages, (16) Award Plaintiff Punitive damages, (17) Order manager STEVEN QUICK, assisted manager JULIA stop allowing Unit 203 over-use of the water-sewage it costs all other tenants. (18) Award Plaintiff such further relief as is appropriate.

IV.

DEMAND FOR JURY TRAIL

Plaintiff request a Jury trail on any and all Counts, as there is "Racial Overton" against Plaintiff. SDG&E is Plaintiff(s) Provider

July 16, 2023

BRENDA MOORE
5126 WHITMAN WAY APT 103
CARLSBAD, CA 92008
Brenda Moore
PLAINTIFF

2

**IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

July 16, 2023
Date

*Brenda Moore*
Signature

BRENDA MOORE
Printed Name

4