

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Moore | Civil Action No. 23-cv-01327-LL-DDL |
| Plaintiff, | |
| V. | |
| Conservice, LLC, a Utah Company | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES Plaintiff's Amended Complaint for lack of subject matter jurisdiction without leave to amend. Case is closed.

Date: 9/18/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D.Frank

D.Frank, Deputy